_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 06, 2019

The Law Offices of Christine A. Roberts PLLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3815 S. Jones Blvd. Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Email: christine@crobertslaw.net

Attorneys for HLS of Nevada LLC *dba* Nevada West Financial

UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re ) CASE NO.: BK-S- 19-11369-MKN
)
DEMETRIUS GLENN PORTER ) Chapter 7
)
        Debtor. ) **ORDER GRANTING MOTION RELIEF FROM AUTOMATIC STAY**
)
) Hearing Date: May 1, 2019
)
) Hearing Time: 1:30 p.m.
)

     Creditor, HLS of Nevada LLC *dba* Nevada West Financial of the above-entitled bankruptcy Estate ("the Creditor"), having appeared by and through its attorney Christine A. Roberts, Esq. of The Law Offices of Christine A. Roberts PLLC, the Motion for Relief from the Automatic Stay having come on for hearing on May 1, 2019, at the hour of 1:30 p.m., and the Court being well and sufficiently satisfied, orders the following:

- 1 -

346400-v1

1 **IT IS HEREBY ORDERED** that the Motion is granted;

2 **IT IS FURTHER ORDERED** that Creditor, HLS of Nevada LLC *dba* Nevada West Financial ("Creditor") has relief from the automatic stay pursuant to 11 U.S.C. Section 362(d) to pursue all legal remedies relevant to the 2014 Volkswagen Jetta, Vin # 3VWD17AJ3EM224797 automobile, including but not limited to, initiating or continuing with any repossession actions;

**IT IS FURTHER ORDERED** that this order shall remain binding in the event the case is converted.

**IT IS SO ORDERED.**

Submitted by:

Dated this 1st day of May, 2019

_/s/Christine A. Roberts_
CHRISTINE A. ROBERTS, ESQ.
LAW OFFICES OF CHRISTINE A. ROBERTS
3815 S Jones Blvd. Suite 5
Las Vegas, NV 89103
Attorney for HLS of Nevada LLC *dba* Nevada West Financial

346400-v1

**LOCAL RULE 9021 DECLARATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing; Debtor did not file an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated:     May 1, 2019                    LAW OFFICES OF CHRISTINE A. ROBERTS

                                          By:    */s/Christine A. Roberts*
                                                 CHRISITNE A. ROBERTS, ESQ.
                                                 Attorney for Creditor, HLS of Nevada
                                                 LLC *dba* Nevada West Financial

346400-v1